In the Matter of the Application of HARRY J. GRIFFIN, as Superintendent of Highways of the Town of Bombay, Respondent, for an Order Compelling CALVIN O. HARVEY, Appellant, to Turn Over to Him the Books and Papers of That Office.

*Matter of Griffin*, 145 App. Div. ——, affirmed.
(Argued June 1, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1911, which affirmed an order of the county judge of Franklin county committing the appellant herein to the county jail until he deliver certain books and papers to the petitioner, under section 80 of the Public Officers Law.

*John P. Kellas* and *Le Roy M. Kellas* for appellant.

*George J. Moore* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.